Argued and submitted September 27, reversed and remanded for new trial
November 13, 1991

STATE OF OREGON,
*Respondent,*

*v.*

EDWARD WALTER KLUBER,
*Appellant.*

(89-06025C; CA A65099)

820 P2d 903

Louis R. Miles, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

The state concedes that the record does not contain a written waiver of a jury trial. We accept the concession. Or Const, Art I, § 11; ORS 136.001.

Given the concession, we need not address defendant's other assignment of error.

Reversed and remanded for a new trial.